UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LANCE ARMBRUSTER,

    Plaintiff,

    v.

CELLCYTE GENETICS CORP., *et al.*,

    Defendants.

Case No. C08-47RSL

ORDER VACATING ORDER
TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On March 14, 2008, the Newbills filed a motion to consolidate, appoint lead plaintiff, and appoint lead counsel that, taken as a whole, exceeded 50 pages in length but did not provide a courtesy copy of these documents for chambers. On March 20, 2008, the Court issued an order to show cause why the Newbills should not be sanctioned for failing to comply with the Court's prior order. The order to show cause (Dkt. #28) is now vacated in light of the receipt of the courtesy copy.

DATED this 24th day of March, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge