UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re CELLCYTE GENETICS SECURITIES LITIGATION<br><br>This order relates to: All Actions | Case No. C08-47RSL<br><br>ORDER GRANTING MOTION TO DENY MOTIONS TO DISMISS AS MOOT |

This matter comes before the Court on plaintiffs' motion to continue and/or deny as moot defendants' pending motions to dismiss. Defendants do not oppose the motion.

Plaintiffs' motion seeks an order continuing the motions to dismiss until after the Court rules on plaintiffs' pending motion to amend their complaint. An order continuing the motions is unnecessary because the Court has granted plaintiffs' motion to amend.

Defendants' pending motions to dismiss are directed towards the first amended consolidated complaint, but that complaint has been superceded by amendment. Accordingly, the pending motions to dismiss are moot. The Court therefore GRANTS plaintiffs' motion to deny defendants' motions to dismiss as moot (Dkt. #134). The motions to dismiss (Dkt. ## 115, 116, 117, 120) are denied as moot. The denial is without prejudice; defendants may refile motions to dismiss after plaintiffs file their

ORDER GRANTING MOTION - 1

1 second amended consolidated complaint in the docket.

2

3     DATED this 20th day of January, 2009.

4

5

6                                    *signature*
                                     Robert S. Lasnik
7                                    United States District Judge

ORDER GRANTING MOTION - 2