THE HONORABLE ROBERT S. LASNIK

||█████ █████ █████ █████ █████ █████ █████ ████ ████||
|| ████████ ███ ██████ █████ ██████ ██ ████||

**08-CV-00047-JGM**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re CELLCYTE GENETICS CORPORATION SECURITIES LITIGATION, | CASE No. 08-cv-0047-RSL |
| | **STIPULATION AND [PROPOSED]** **ORDER EXTENDING STAY** |
| _____ | **NOTED FOR CONSIDERATION:** |
| This Document Relates to: | **Friday, August 21, 2009** |
| ALL ACTIONS | |

## STIPULATION

WHEREAS, on July 27, 2009, this Court stayed the above-captioned action as against Defendants Reys, Berninger, and CellCyte for all purposes, including Defendant Gary Reys' Motion To Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint (the "Dismissal Motion") [dkt. no. 145], until August 24, 2009. *See* Order Staying Action [dkt. no. 165].

WHEREAS, while their efforts towards settlement and/or stipulated dismissal are progressing, the parties require additional time to continue their discussions concerning a potential settlement and/or stipulated dismissal and, thus, they have agreed to extend the stay until September 25, 2009.

WHEREAS, counsel for Lead Plaintiffs and Defendant Reys are available for a conference should the Court request additional information concerning the parties' agreed stay.

STIPULATION AND [PROPOSED]
ORDER EXTENDING STAY – 1
08-CV-0047-RSL

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 • Tel: 206.839.4800

1      WHEREAS, the parties' agreement is not for the purpose of delay, promotes judicial

2   efficiency, and will not cause prejudice to any party.

3      **THEREFORE, IT IS STIPULATED AND AGREED** by Lead Plaintiffs and

4   Defendants Reys, Berninger, CellCyte through their respective counsel of record, as follows:

5      1.      The above-captioned action as against Defendants Reys, Berninger, and

6   CellCyte is stayed for all purposes, including the pending Dismissal Motion, until September

7   25, 2009.

8      2.      The parties agree to immediately advise the Court and/or request that the stay be

9   lifted if the parties reach an impasse in their discussions.

10     **STIPULATED AND AGREED TO BY:**

11

12  DATED this 21st day of August, 2009.      DLA PIPER US LLP

13
                                             *s /Christopher M. Huck*
14                                           Jeffrey B. Coopersmith, WSBA No. 30954
                                             Christopher M. Huck, WSBA No. 34104
15                                           701 Fifth Avenue, Suite 7000
                                             Seattle, WA  98104-7044
16                                           Telephone:     206.839.4800
                                             Fax:           206.839.4801
17                                           E-mail: christopher.huck@dlapiper.com
                                             E-mail:  jeff.coopersmith@dlapiper.com
18
                                             Attorneys for Defendant Gary A. Reys
19

20  DATED this 21st day of August, 2009.      BULLIVANT HOUSER BAILEY PC

21
                                             *s/ Robert S. Mahler*
22                                           Robert S. Mahler, WSBA #23913
                                             Troy D. Greenfield, WSBA #21578
23                                           1601 Fifth Avenue, Suite 2300
                                             Seattle, WA  98101-1618
24                                           Telephone:     206.292.8930
                                             Fax:           206.386.5130
25                                           E-mail: robert.mahler@bullivant.com
                                             E-mail: troy.greenfield@bullivant.com
26
                                             Attorneys for Defendant Ronald W. Berninger

STIPULATION AND [PROPOSED]                          DLA Piper US LLP
ORDER EXTENDING STAY – 2                       701 Fifth Avenue, Suite 7000
08-CV-0047-RSL                           Seattle, WA  98104-7044 · Tel: 206.839.4800

1

2    DATED this 21st day of August, 2009.    CORR CRONIN MICHELSON
    BAUMGARDNER & PREECE LLP

3

4    *s/ William R. Squires III*
    William R. Squires III, WSBA #4976

5    Steven Fogg, WSBA #
    1001 Fourth Avenue, Suite 3900
    Seattle, WA  98154-1051

6    Telephone:  (206) 625-8600
    Facsimile:  (206) 625-0900

7    Email:  rsquires@corrcronin.com
    Email:  sfogg@corrcronin.com

8    Attorneys for Defendant Cellcyte Genetics
    Corporation

9

10    DATED this 21st day of August, 2009.    HAGENS BERMAN SOBOL SHAPIRO LLP

11

12    *s/ Erin K. Flory*
    Steve W. Berman, WSBA #12536
    Erin K. Flory, WSBA #16631

13    Jeniphr A.E. Breckenridge, WSBA #21410
    1301 Fifth Avenue, Suite 2900

14    Seattle, WA  98101
    Telephone:    206.623.7292

15    Fax:    206.623.0594
    E-mail: steve@hbsslaw.com

16    E-mail: erin@hbsslaw.com
    E-mail: jenipher@hbsslaw.com

17

18    Reed R. Kathrein
    Peter E. Borkon

19    HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Heart Avenue, Suite 202
    Berkeley, CA  94710

20    Telephone:    510.725.3000
    Fax:    510.725.3001

21    Attorneys for Lead Plaintiffs

22

23

24

25

26

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 · Tel: 206.839.4800

1

## ORDER

2   THIS MATTER having come before the Court on the stipulation of the parties, the

3 Court **GRANTS** the stipulated relief requested.

4   DATED this 24ᵗʰ day of August, 2009.

5

6

7        _____

8      THE HONORABLE ROBERT S. LASNIK
       UNITED STATED DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED]
ORDER EXTENDING STAY – 4
08-CV-0047-RSL

DLA Piper US LLP
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044 · Tel: 206.839.4800