THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| In re CELLCYTE GENETICS SECURITIES LITIGATION | No. 08-cv-0047-RSL |
|---|---|
| This Document Relates to: ALL ACTIONS | STIPULATION FOR, AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE |

### STIPULATION

Pursuant to Rule 41(a)(1)(A)(ii), FRCP, the parties agree that the court may enter the attached order, dismissing these actions in their entirety, without prejudice and without an award of costs to any party.

The parties further agree that the running of any statute of limitation applicable to the subject matter of the complaint shall be tolled for a period of twelve months from the date upon which the court enters its order of dismissal, provided, however, that this tolling agreement shall not operate to revive any claim for which the applicable statute of limitation has already run.

STIPULATION FOR, AND [PROPOSED] ORDER OF DISMISSAL
WITHOUT PREJUDICE - 1
Case No. 08-cv-0047-RSL



010011-11 356980 V1



08-CV-00047-BR

1  DATED this 16th day of March, 2010.

2  
3  CORR CRONIN MICHELSON BAUMGARDNER & PREECE LLP

4  
5  By /s/ William R. Squires III
   William R. Squires III (WSBA #4976)
6  1001 Fourth Avenue, Suite 3900
7  Seattle, WA 98154-1051
   Telephone: (206) 625-8600
8  Facsimile: (206) 625-0900
   rsquires@corrcronin.com
9  Attorneys for CellCyte Genetics Corp.

10  
11  DATED this 16th day of March, 2010.

12  BULLIVANT HOUSER BAILEY PC

13  
14  By /s/
   Troy D. Greenfield (WSBA #21578)
15  Robert S. Mahler (WSBA #23913)
16  1601 Fifth Avenue, Suite 2300
   Seattle, WA 98101-1618
17  (206) 292-8930
   troy.greenfield@bullivant.com
18  Robert.mahler@bullivant.com
   Attorneys for Ron Berninger

19  
20  
21  
22  
23  
24  
25  
26  

STIPULATION FOR, AND [PROPOSED] ORDER OF DISMISSAL
WITHOUT PREJUDICE - 2
Case No. 08-cv-0047-RSL


HAGENS BERMAN
1918 Eighth Avenue, Suite 3300 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010011-11 356900 V1

1  DATED this 1/2 day of March, 2010.

2                                      DLA PIPER LLP

4                                      By _____
5                                          Jeffrey B. Coopersmith (WSBA #30954)
                                           Christopher M. Huck (WSBA #34104)
6                                      701 Fifth Avenue, Suite 7000
                                       Seattle, WA 98104-7044
7                                      (206) 839-4800
                                       jeff.coopersmith@dlapiper.com
8                                      christopher.huck@dlapiper.com
9                                      Attorneys for Gary A. Reys

11  DATED this 16th day of March, 2010.

12                                     HAGENS BERMAN SOBOL SHAPIRO LLP

14                                     By ___s/Jeniphr A.E. Breckenridge_____
15                                         Steve W. Berman (WSBA #12536)
                                           Jeniphr A.E. Breckenridge (WSBA #21410)
16                                     1918 Eighth Avenue, Suite 3300
                                       Seattle, WA 98101
17                                     Telephone: (206) 623-7292
                                       Facsimile: (206) 623-0594
18                                     steve@hbsslaw.com
19                                     jeniphr@hbsslaw.com

20                                     Attorneys for Lead Plaintiffs

STIPULATION FOR, AND [PROPOSED] ORDER OF DISMISSAL
WITHOUT PREJUDICE - 3
Case No. 08-cv-0047-RSL



1918 Eighth Avenue, Suite 3300 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010011-11 356900 V1

## ORDER

Pursuant to the foregoing stipulation, all claims asserted against the defendants are hereby dismissed, without prejudice, and without an award of costs to any party.

DATED March 22, 2010

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
U.S. District Judge

Presented by:

HAGENS BERMAN SOBOL SHAPIRO LLP


  s/Jeniphr A.E. Breckenridge
  Jeniphr A.E. Breckenridge (WSBA #21410)

Attorneys for Lead Plaintiff

STIPULATION FOR, AND [PROPOSED] ORDER OF DISMISSAL
WITHOUT PREJUDICE - 4
Case No. 08-cv-0047-RSL

HB | HAGENS BERMAN
1918 Eighth Avenue, Suite 3300 · Seattle, WA 98101
(206) 623-7292 · FAX (206) 623-0594

.010011-11 356900 V1